UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JON C. COOPER
Plaintiff 3109 18th St, NW
Washington, DC 20010   202-232-9099

v.

**Office of Personnel Management**
**Defendant.** Retirement Services
Washington, DC 20415

Case: 1:15-cv-02052
Assigned To : Jackson, Amy Berman
Assign. Date : 11/25/2015
Description: Pro Se Gen. Civil  (F Deck)

COMPLAINT

    The Plaintiff, Jon C. Cooper, pro se, respectfully asks the Court to order the Office of Personnel Management (OPM) to provide life insurance coverage to him. Life insurance was elected by the Plaintiff as part of his retirement package from the US Coast Guard, but his application was denied by OPM.

EXPLANATION

    The Defendant was a civilian member of the US Coast Guard from May, 2011 until his retirement in June, 2014. During his service he was eligible and elected to pay for life insurance coverage equal to his salary. He was covered for the full time in which he was eligible for coverage during this employment. Upon retirement, he elected to continue life insurance at 50% of his salary and authorized withholdings from his pension benefit to cover the cost. Since he was not employed for five years he did not meet that test of the law (that a employee must be covered for five years) as one leg of the criteria), but he was covered by the other leg in that he was covered for the full time for which he was eligible. His application was reviewed by human resources in the US Coast Guard and found to be acceptable. They had access to all the same information as the OPM.

**RECEIVED**

OCT 22 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

1

OPM has rejected this application with an explanation that their interpretation of the second leg of the law is that all periods of time previous must be considered (Exhibit 1). In the case of the Plaintiff's service, he was employed at the US EPA from 1979 to 1983. OPM asserts that the look back period of 30 years is appropriate and must be included in their analysis. They provide no case law or decisions to support their position. They given no explanation of which look back periods are appropriate. The Plaintiff also notes that an administrative specialist with no indication of legal training has made this interpretation.

The language of the law as given by OPM (exhibit 1) is:

. . .

" (2) Was insured for the 5 years of service immediately before the date the annuity starts, or for the full period(s) of service during which he/she was eligible to be insured if less than 5 years . . ."

The Plaintiff can cite no case law that interprets this provision and it appears that the judicial question is de novo. Taken within the context of the sentence, the Plaintiff believes that the "full period(s) of service during which he/she was eligible to be insured if less than 5 years" means that if the person did not have 5 years during that period of service, then the person had to have coverage during that full period of service. In the case of the Plaintiff, he was covered for the full time he was in the Coast Guard. It does not appear from the language that the OPM should do a look back – certainly not a look back of over 30 years.

Consequence of OPM Decision

The denial of life insurance coverage for the Plaintiff has serious consequences and implications. First, of course, he has no coverage that would be essential for his daughter, who is presently supported by him and lives in his house. The Plaintiff has minimal resources and lack of life insurance coverage

would result in loss of his house, which is his daughter's home. There would be no resources to provide for food and other essentials for his daughter.

Second, replacement coverage of the life insurance is difficult to obtain for the Plaintiff at his age and the only coverage for which he is eligible to apply is in excess of $150/month. This cost is approximately 5 times the cost of the same insurance through the OPM retirement coverage. Thus over an expected life time of another 25 years, the OPM decision will cost the plaintiff in excess of $45,000.

OPM may note that the Plaintiff was eligible to convert his government life insurance to a private plan at the time of his retirement and that this option must be exercised within 30 days of his retirement, approximately July 1, 2014. The Plaintiff rejects this approach in that he was not informed of the OPM decision until September, 2015 – a period long after the 30 day window for eligibility for conversion had expired. The reason for the delay in notice from OPM was that the Plaintiff was in a Federal prison and halfway house until August, 2015 and did not have access to his mail. Thus, the unanticipated and unexpected decision by OPM with respect to life insurance coverage could not be communicated and resulted in the lost opportunity for an alternative through a life insurance conversion. It is further noted that it would appear to the Plaintiff that such an important decision should have been provided to him in a certified form, which would allowed others to get the information for the Plaintiff.

SUMMARY

Based on a reasonable interpretation of the law, the Plaintiff believes he is eligible for life insurance coverage as part of his OPM retirement package and asks the Court to order that OPM provide that coverage.

Dated: October 22, 2015

Respectfully Submitted.

_____/s/_____

Jon C. Cooper
3109 18th Street n.w.
Washington, DC 20010
Tel: 202-256-3688
JCCOOPER10@aol.com
Pro se Plaintiff

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JON C. COOPER

v.

OFFICE OF PERSINNEL MANAGEMENT
Defendant.

ORDER

The Court has reviewed the motion of the Plaintiff and it is hereby ordered that the motion be granted and that the Office of Personnel Management is ordered to provide life insurance covered to the Plaintiff.

SO ORDERED

District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Complaint has been served on the Office of Personnel Management via mail this day of October 22, 2015.

/s/

Jon C. Cooper
    3109 18th Street n.w.
    Washington, DC 20010
    Tel: 202-256-3688
    JCCOOPER10@aol.com
    Pro se Plaintiff



**UNITED STATES OFFICE OF PERSONNEL MANAGEMENT**
Washington, DC 20415

October 8, 2015

Retirement Services

CSA 8 696 430

Jonathan C. Cooper
3109 18th Street, NW
Washington, DC 20010

Dear Mr. Cooper:

This is in reply to your September 8, 2015, request for reconsideration of the initial decision of the Office of Personnel Management (OPM). This decision found that you are not eligible to continue the basic Federal Employees' Group Life Insurance (FEGLI) coverage into retirement. For the reason(s) explained below, we affirm the initial decision.

## BACKGROUND

The record shows that at your first opportunity to enroll, you elected to waive insurance coverage effective May 31, 1979, (copy enclosed). You elected to waive coverage again effective March 26, 1981, (copy enclosed). On May 9, 2011 (copy enclosed), you elected basic life insurance coverage. You retired effective June 1, 2014. As a result, you did not have the five years of continuous life insurance coverage prior to retirement which is necessary to continue basic life insurance coverage during retirement.

## ANALYSIS AND FINDINGS

OPM is charged with the administration of the Civil Service Retirement law and is expected to pay benefits as provided by law. Also, we are obligated under law and regulation to correct any error(s) in payment of benefits. The law that applies in your case is Section 870.701(a)(1-3) of title 5, Code of Federal Regulations (CFR), which provides:

> (a) When an insured employee retires, Basic Life insurance (but not accidental death and dismemberment) continues or is reinstated if he/she:
> (1) Is entitled to retirement on an immediate annuity under a retirement system for civilian employees,...
> (2) Was insured for the 5 years of service immediately before the date the annuity starts, or for the full period(s) of service during which he/she was eligible to be insured if less than 5 years; and
> (3) Has not converted to an individual policy as described in §870.603...

Because you were not enrolled in the basic life insurance coverage during the **full** five years **immediately** preceding your retirement, you are not eligible to continue life insurance coverage into retirement. The law is specific on this point and does not give us authority to waive this requirement.

You state you were previously employed in 1979 and left in 1983 and therefore, you could not have coverage. And that period and the time you were not under the retirement system is irrelevant in determining eligibility for basic life insurance coverage. You are correct that the time you were not covered under the retirement system is irrelevant, however, the period you were covered under the retirement system and waived your life insurance coverage is very relevant because it is the law. Since in your case, your last period of service did not total five years of creditable coverage, your prior service had to be used to determine your eligibility to continue your coverage of life insurance into retirement. But because you had waived your coverage during that entire period of service, you did not meet the five years requirement. The fact is you elected to waive the life insurance at every opportunity you had until your employment in May 2011. Therefore, you only had coverage for 3 years, 0 months and 10 days. OPM will not grant relief solely because an individual was misadvised or not advised by his or her employing office regarding this requirement. Please note that information concerning the FEGLI enrollment requirement has been readily available to you since May 27, 1979.

## APPEAL RIGHTS

This constitutes the final decision of the Office of Personnel Management on your life insurance entitlement.

You have the right to appeal this decision to the appropriate Federal district court. **Please note that an appeal must be filed within thirty (30) calendar days of the date that you receive this decision.**

You may wish to consult with an attorney to determine the appropriate federal court for filing an appeal.

Sincerely,

Cynthia R. Gilchrist
Legal Administrative Specialist
Legal Reconsideration Branch
Disability, Reconsideration
  & Appeals

Enclosures



| LIFE INSURANCE ELECTION | See Privacy Act Information on Back of Part 3 |
|---|---|
| Federal Employees Group Life Insurance Program | |

## 1 General Instructions

By law, a person who is not excluded from coverage automatically has Basic Life insurance, unless he or she waives all coverage. You have the choice of (1) electing Basic Life and any or all of the options, (2) electing Basic Life, but declining all of the options, or (3) waiving all life insurance coverage.

To complete this form:
- Read page—carefully
- Type or print in ink
- Do not separate the parts. Your employing office must certify the completed form and will return your copy to you. This form should be kept with your SF 2817A (SF 2817B for Postal Employees).

## 2 Fill in identifying information

| Name (Last) (First) (Middle) | Date of Birth (Month, Day, Year) | Social Security Number |
|---|---|---|
| Cooper, Jon C. | | |
| Employing Department or Agency | Agency Location (City, State, Zip Code) | |
| USEPA/HERD | Wash, D.C. 20460 | |

## 3 To elect Basic Life, sign and date below. If you do not elect Basic Life, you may not elect any form of optional insurance. If you do not want any insurance at all, skip to section 5.

| Basic Life | I want the Basic Life insurance. I authorize deductions to pay my share of the cost. |
|---|---|
| | Signature (Do not print) | Date (Month, Day, Year) |

## 4 If you have elected Basic Life, you may elect any or all of the following options. Sign the box below for any option(s) you want.

| Option A - Standard | Option B - Additional | Option C - Family |
|---|---|---|
| I want the Standard $10,000 optional insurance. I authorize deductions to pay the full cost. | I want the Additional optional insurance in the multiple of my annual basic pay I indicate below. I authorize deductions to pay the full cost. (Indicate multiple by marking "X" in the appropriate box. Do not mark more than one box.) | I want the Family optional insurance. I understand that in the event of the death of my spouse I would receive $5,000 and upon the death of a child I would receive $2,500. I authorize deductions to pay the full cost. |
| | ☐ 1 times my pay ☐ 4 times my pay | |
| | ☐ 2 times my pay ☐ 5 times my pay | |
| | ☐ 3 times my pay | |
| Signature (Do not print) | Date | Signature (Do not print) | Date | Signature (Do not print) | Date |

## 5 If you want NO life insurance coverage at all, sign and date below.

| Waiver of all Life Insurance Coverage | I want no insurance coverage at all. I understand that any insurance I have will stop at the end of the pay period in which my employing office receives this waiver and that I cannot get Basic Life insurance unless I (1) wait at least one year after I sign this form, (2) am under age 50 when I apply, AND (3) give satisfactory medical evidence of insurability. I understand that I cannot get any optional insurance unless I first have Basic Life. |
|---|---|
| | Signature (Do not print) [signed] | Date 3/12/81 |

### FOR EMPLOYING OFFICE USE ONLY

| Certification | Date of receipt in employing office (Month, day, year) | See Table of Effective Dates in SF 2817A (SF 2817B for Postal Employees) to determine effective dates of coverage. |
|---|---|---|
| I certify that the above named employee is eligible for the insurance coverage he or she has elected above. | | |
| Signature of Authorized Agency Official Shirley Godson | 3-26-81 | |

The employee's copy of this form, when certified by the employing office, together with SF 2817A, "The Federal Employees Group Life Insurance Program" (SF 2817B for Postal Employees), constitute the employee's Certificate of Insurance.

U.S. Office of Personnel Management

PART I—File in Official Personnel Folder

1

Standard Form 2817
(Formerly Standard Form 176)

**FEGLI**
Federal Employees
Group Life Insurance

# Life Insurance Election
### Federal Employees' Group Life Insurance Program
See Privacy Act Statement on back of Part 3

Form Approved:
OMB No. 3206-0230

## 1. General Instructions

By law, unless you waive all coverage or are ineligible, you are automatically covered for Basic life insurance as an employee. When you first become eligible for FEGLI, you may (1) elect Basic and any or all of the options, (2) elect Basic but waive all of the options, or (3) waive all life insurance coverage. If you are changing a previous election, see the back of Part 3 - Employee Copy.

- Read the back of Part 3 - Employee Copy carefully.
- Assignees completing this form should read Items 5 and 6 on the back of Part 3.
- Do not separate the parts. Give this form to your employing office which will complete the form and return your copy to you.

**This election supersedes all previous elections.**

## 2. Fill in identifying information concerning the employee.

| Name (Last) | (First) | (Middle) | Date of birth (mm/dd/yyyy) | Social Security Number |
|---|---|---|---|---|
| COOPER | JON | Charles | | |

| Employing department or agency | OWCP claim number, if applicable | Location of department or agency where employee works (City, state, ZIP Code) | Daytime telephone number (including area code) |
|---|---|---|---|
| U.S Coast guard | | | ( ) |

## 3. To elect or retain Basic, sign and date below. If you do not sign for Basic, you may not elect or retain any form of optional insurance. If you do not want any insurance at all, skip to Section 5.

**Basic**

I want Basic. I authorize deductions to pay my share of the cost. (Basic may be provided without cost to Postal Service employees.)

Signature (Do not print. Only the Employee/Assignee may sign. Signatures by guardians, conservators or through a power of attorney are not acceptable.)
*[signed] Jon Cooper*

Date (mm/dd/yyyy): 05/09/11

## 4. Optional

If you signed for Basic in item 3 above, you may elect or retain any or all of the following options (UNLESS you have previously waived any or all of these options, in which case you may elect only those options which you are eligible to elect as outlined in the FEGLI booklet). Sign the box(es) below for any option(s) you are eligible for and wish to elect or retain. If you do not sign for an option, you have waived it and your future opportunities to enroll in it are strictly limited. **You will not be covered for any option(s) for which you do not sign below, regardless of whether you previously elected the option(s).**

| Option A - Standard | Option B - Additional | Option C - Family |
|---|---|---|
| I want Option A. I authorize deductions to pay the full cost. | I want Option B in the multiple of my annual basic pay I indicate below. I authorize deductions to pay the full cost. | I want Option C in the multiple I indicate below. I understand that **each** multiple is worth $5,000 upon the death of my spouse, and $2,500 upon the death of an eligible child. I authorize deductions to pay the full cost. |
| ☐ 1 times my pay<br>☐ 2 times my pay | ☐ 3 times my pay<br>☐ 4 times my pay<br>☐ 5 times my pay | ☐ 1 multiple<br>☐ 2 multiples | ☐ 3 multiples<br>☐ 4 multiples<br>☐ 5 multiples |

Signature (Do not print. Only the Employee/Assignee may sign. Signatures by guardians, conservators or through a power of attorney are not acceptable.)

Date (mm/dd/yyyy): [blank for all three]

## 5. If you want NO life insurance coverage, sign and date below.

**Waiver of all life insurance coverage**

I want no life insurance coverage. I understand that any life insurance I have will stop at the end of the last day of the pay period in which my employing office receives this waiver. Further, I cannot get Basic life insurance unless (1) I wait at least 1 year after I sign this form and submit satisfactory results of a physical, or (2) I have a break in Federal service of at least 180 days, or (3) I participate in an open enrollment period, which is held infrequently. I understand that I cannot get any optional insurance unless I first have Basic. I understand that my decision to waive life insurance coverage now may affect my eligibility for coverage as a retiree.

Signature (Do not print. Only the Employee/Assignee may sign. Signatures by guardians, conservators or through a power of attorney are not acceptable.)

Date (mm/dd/yyyy):

## 6. Agency Use

Remarks: COMMANDANT (CG-1211)

Name and address of employing office:
ATTN: CIVILIAN HUMAN RESOURCE
UNITED STATES COAST GUARDS
2100 2ND ST, SW MAILSTOP 7801
WASHINGTON, DC 20593

| Date received in employing office (mm/dd/yyyy) | Effective date of coverage (mm/dd/yyyy) |
|---|---|
| 05/09/11 | 05/21/11 |

Number of event permitting change (See back of Part 2):

I followed the instructions on the back of Part 1.
Signature of authorized agency official: *[signed] Touda Shields*

The completed form, when completed by the employing office, together with the FEGLI booklet (RI 76-21 or RI 76-20 for Postal Service employees) constitute the employee's Certificate of Insurance.

**PART 1 - File in Official Personnel Folder**

U.S. Office of Personnel Management      NSN 7540-01-234-4280      April 1999 edition is usable.      Standard Form 2817

pu 543013

| IMPORTANT EMPLOYEE INSTRUCTIONS ON PAGE 4 | **LIFE INSURANCE COVERAGE** FEDERAL EMPLOYEES GROUP LIFE INSURANCE PROGRAM | IMPORTANT AGENCY INSTRUCTIONS ON PAGE 2 |

## TO COMPLETE THIS FORM—

**1** FOLLOW THESE GENERAL INSTRUCTIONS:
- Read page 4 carefully before you fill in the form.
- Fill in BOTH COPIES of the form. Type or print in ink.
- Do not detach.

**2** FILL IN THE IDENTIFYING INFORMATION BELOW (please print or type):

NAME (last) (first) (middle): Cooper, Jon Charles
DATE OF BIRTH (month, day, year):
SOCIAL SECURITY NUMBER:
EMPLOYING DEPARTMENT OR AGENCY: E.P.A. Environmental Review D.
AGENCY LOCATION (City, State, ZIP Code): Washington, D.C. 20460
HAVE YOU EVER BEFORE FILED THIS FORM? ☐ YES ☒ NO
If "YES," your last such form remains in effect and you should not file this new form unless you want to change the old one.

**3** By law, a person, who can be covered, automatically receives regular life insurance, unless he waives all coverage. You have the choice of waiving all coverage, increasing your life insurance coverage through additional optional insurance, or declining the additional optional insurance. So, READ CAREFULLY AND THEN

MARK AN "X" IN ONE OF THE BOXES BELOW (DO NOT MARK MORE THAN ONE):

Mark here → for **BOTH OPTIONAL AND REGULAR** insurance. **A** ☐ I WANT THE $10,000 OPTIONAL INSURANCE in addition to my regular insurance. I authorize deductions to pay the full cost.

Mark here → for **REGULAR BUT NO OPTIONAL** insurance. **B** ☐ I DO NOT WANT THE $10,000 OPTIONAL INSURANCE but I understand I still get my regular insurance. I understand I cannot get optional insurance, unless I: (1) wait at least one year after I sign this form, (2) am under age 50 when I apply, AND (3) give satisfactory medical evidence of insurability.

Mark here → for **NO INSURANCE AT ALL**. **C** ☒ I DO NOT WANT ANY LIFE INSURANCE NOW. I understand that I cannot get any regular insurance, unless I: (1) wait at least one year after I sign this form, (2) am under age 50 when I apply, AND (3) give satisfactory medical evidence of insurability. I understand I cannot get the $10,000 optional insurance unless I first have the regular insurance.

**4** DATE AND SIGN. RETURN THE ENTIRE FORM TO YOUR EMPLOYING OFFICE.

SIGNATURE (do not print): [signature]
DATE: 5/29/79

FOR EMPLOYING OFFICE USE ONLY
(official receiving date stamp) 5/31/79
Environmental Protection Agency
Personnel Management Division
Waterside Mall Bldg., Room 3013
Washington, D.C. 20460

See Table of Effective Dates on back of Original

ORIGINAL COPY—Retain in Official Personnel Folder

STANDARD FORM No. 176
MARCH 1973
FPM Supplement 870-1
176-103